1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE LOUISA S. PORTER)

11 UNITED STATES OF AMERICA,        )  CASE NO. 08MJ2169
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )
                                    )  **NOTICE OF APPEARANCE**
14 ALFREDO ESPINOZA-MUNOZ,           )
                                    )
15          Defendant.               )
   _____ )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                     Respectfully submitted,

21

22 Dated: July 18, 2008                /s/ *JENNIFER L. COON*
                                       Federal Defenders of San Diego, Inc.
23                                     Attorneys for Defendant
                                       Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 18, 2008        /s/ *JENNIFER L. COON*
                            Federal Defenders of San Diego, Inc.
                            225 Broadway, Suite 900
                            San Diego, CA 92101-5030
                            (619) 234-8467 (tel)
                            (619) 687-2666 (fax)
                            Jennifer_Coon@fd.org (email)